# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>SANDRA S. WEYER<br>a/k/a: SANDRA SUZANNE POMEROY<br>a/k/a: SANDY POMEROY WEYER<br>DOB: [redacted]<br>*Defendant(s)* | Case: 1:21-mj-00483<br>Assigned To : Meriweather, Robin M.<br>Assign. Date : 6/21/2021<br>Description: Complaint w/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 6, 2021 in the county of _____ in the _____ District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512(c)(2) and 2 | (Obstruction of Proceedings, Aid and Abet) |
| 18 U.S.C. § 1752(a)(1) | (Restricted Building or Grounds) |
| 18 U.S.C. § 1752(a)(2) | (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) |
| 40 U.S.C. § 5104(e)(2)(D) | (Violent Entry or Disorderly Conduct) |
| 40 U.S.C. § 5104(e)(2)(G) | (Parading, Demonstrating, or Picketing a Capitol Building) |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

*Complainant's signature*

Jared Horan, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 06/24/2021

*Judge's signature*

City and state: Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*