AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
SANDRA S. WEYER
a/k/a: SANDRA SUZANNE POMEROY
a/k/a: SANDY POMEROY WEYER

*Defendant*

)
)
)
)
)
)

Case: 1:21-mj-00483
Assigned To : Meriweather, Robin M.
Assign. Date : 6/21/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Sandy S. Weyer,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) and 2 (Obstruction of Proceedings, Aid and Abet)
18 U.S.C. § 1752(a)(1) (Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(D) (Violent Entry or Disorderly Conduct)
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing a Capitol Building)

Date: 06/24/2021

*Issuing officer's signature*

City and state:   Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 06/24/2021, and the person was arrested on *(date)* 06/28/2021
at *(city and state)* MECHANICSBURG, PA.

Date: 06/28/2021

*Arresting officer's signature*

SPECIAL AGENT DANIEL HORCASITAS
*Printed name and title*