IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

  v.

SANDRA S. WEYER,

                 Defendant.

CR NO. 21-MJ- 00483

## MOTION FOR CONTINUANCE OF STATUS HEARING SCHEDULED FOR SEPTEMBER 8, 2021 AT 1 PM

Defendant, Sandra Weyer, by and through her attorneys Frank C. Sluzis, Esquire and Scaringi Law, respectfully requests a continuance of the Status Hearing currently scheduled for September 8, 2021 at 1 pm. Defendant states the following in support thereof:

1. Undersigned counsel represents Defendant, Sandra Weyer, in the above-referenced matter.

2. The Court has scheduled a Status Hearing in this matter on September 8, 2021 at 1 pm.

3. Undersigned counsel has been Ordered to Court to select a Jury on September 8, 2021 at 1 pm in the Dauphin County Court of Common Pleas which conflicts with the scheduling of the aforementioned Status Hearing.

4. Undersigned counsel respectfully requests a continuance of the currently scheduled Status Hearing to allow him to comply with his Pennsylvania State Court requirements.

5. Alternatively, undersigned counsel would be willing and able to a morning Status Hearing on the stated date.

6. Undersigned counsel is available October 4, 6, 7, and 8, 2021 for rescheduling.

7. Defendant agrees to continue to toll the Speedy Trial Act.

8. Undersigned counsel contacted the US Attorney for concurrence and the government does not oppose this motion.

9. A copy of this motion and proposed order was served upon the United State SAttorney by electronic communication.

WHEREFORE , Defendant respectfully requests a rescheduling of the Status Hearing currently scheduled for September 8, 2021 at 1 pm. A proposed Order is attached hereto in accordance with the Court's Local Rules.

Respectfully submitted,

/s/ Frank C. Sluzis
PA 43829
Scaringi Law
2000 Linglestown Road, Suite 106
Harrisburg, PA 17110
717-657-7770
frank@scaringilaw.com