IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | CR NO. 21-MJ-483 |
| **SANDRA POMEROY WEYER,** | |
| Defendant. | |

**CONSENT MOTION TO CONTINUE STATUS CONFERENCE**

The United States, through undersigned counsel, hereby files this motion to adjourn the status conference set for Friday, October 8, 2021, in the above-captioned matter, for 60 days, until Wednesday, December 8, 2021. Defense counsel concurs in this motion.

The parties request that the Court exclude the time until the status conference on December 8, 2021, pursuant to Chief Judge Howell's Standing Order 21-47 dated August 25, 2021, and 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

Date: October 5, 2021          By: __/s/ *Jennifer Leigh Blackwell*__
Jennifer Leigh Blackwell
Assistant United States Attorney
D.C. Bar No. 481097
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C.  20530
Telephone: (202) 803-1590
Email: Jennifer.blackwell3@usdoj.gov

  /s/   *Sarah C. Santiago*
Sarah C. Santiago
Assistant United States Attorney
GA Bar No. 724304
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-7249
Email: sarah.santiago2@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

On this 5th day of October, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                                               */s/ Jennifer L. Blackwell*
                                         Jennifer Leigh Blackwell
                                         Assistant United States Attorney
                                         Jennifer Leigh Blackwell
                                         Assistant United States Attorney
                                         D.C. Bar No. 481097
                                         555 4th Street, N.W.
                                         Washington, D.C.  20530
                                         Phone: (202) 803-1590
                                         Jennifer.blackwell3@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**SANDRA POMEROY WEYER,**<br><br>Defendant. | **CR NO. 21-MJ-483** |

# ORDER

Based upon the representations in the Consent Motion to Continue Status Conference, and upon consideration of the entire record, it is hereby

**ORDERED** that the Consent Motion to Continue Status Conference is hereby GRANTED; it is further

**ORDERED** that the status hearing currently scheduled for October 8, 2021, be continued to December 8, 2021, at 1 p.m.; it is further

**ORDERED** that the time between October 8, 2021, and December 8, 2021, shall be excluded from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial.

_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE