UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:21-mj-00483 |
| | : | |
| V. | : | |
| | : | (JUDGE MERIWEATHER) |
| | : | |
| SANDRA S. WEYER | : | |

## **APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Sandra S. Weyer.

                                          Respectfully submitted,
                                          CRISP AND ASSOCIATES, LLC

Date: 2 December 2021         */s/Jonathan W. Crisp*
                                          Jonathan W. Crisp, Esquire
                                          4031 North Front St.
                                          Harrisburg, PA  17110
                                          I.D. # 83505
                                          (717) 412-4676
                                          jcrisp@crisplegal.com
                                          Attorney for Defendant